## IN UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **VENUS KENDRICK,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   CASE NO. 1:21-CV-00219-LG-RPM |
| | * |
| **WALMART, INC. D/B/A WAL-MART** | * |
| **MARKET $4586-BILOXI; WAL-MART** | * |
| **STORES EAST, LP D/B/A WAL-MART** | * |
| **MARKET #4586-BILOXI; AND JOHN** | |
| **AND JANE DOES A; B; C; and D** | |
| | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, VENUS KENDRICK and Defendants, WAL-MART STORES EAST, LP, and WALMART, INC., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate the dismissal of each and every claim in the above action with prejudice, costs taxed as paid and each party to bear their own attorney fees and costs.

*/s/ Christopher C. Van Cleave (with permission)*
CHRISTOPHER C. VAN CLEAVE
(MS 10796)
*Attorney for Plaintiff*

*/s/ W. Pemble DeLashmet*
W. PEMBLE DELASHMET  (MS 8840)
wpd@delmar-law.com
CHAD C. MARCHAND       (MS 102752)
ccm@delmar-law.com
MIGNON M. DELASHMET (MS 2896)
mmd@delmar-law.com
*Attorneys for Defendants, Wal-Mart Stores East, LP and Walmart Inc.*
